UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN, | ) |
| Petitioner, | ) 3:03-cv-00672-LRH-RAM |
| vs. | ) **ORDER** |
| STATE OF NEVADA, *et al.*, | ) |
| Respondents. | ) |

On December 16, 2003, this habeas action was dismissed and judgment was entered. (ECF No. 5). On February 4, 2011, this Court denied petitioner's motion to vacate judgment. (ECF No. 14). Most recently, petitioner has filed a motion to consolidate this closed action with another one of his closed habeas corpus cases, filed under case number 3:03-cv-00692-LRH-RAM. (ECF No. 15). Petitioner fails to make a showing that consolidation is warranted pursuant to Rule 42 of the Federal Rules of Civil Procedure. Petitioner's motion is otherwise meritless.

**IT IS THEREFORE ORDERED** that petitioner's motion to consolidate (ECF No. 15) is **DENIED.**

**IT IS FURTHER ORDERED that petitioner shall file no further documents in this action. The Clerk of Court SHALL RETURN to petitioner, UNFILED, any further documents submitted in this closed case.**

Dated this 6th day of April, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE